UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRAXI, LLC,

        Plaintiff,

    -against-

CAP CANA, S.A. and DEUTSCHE BANK A.G.,

        Defendants.

07 Civ.

**RULE 7.1
STATEMENT**

    Praxi, LLC, by its undersigned counsel, hereby certifies that neither it nor any affiliate, subsidiary, or parent company of it (including any company owning ten percent or more of its units) is a publicly held company.

Dated: New York, New York
       November 2, 2007

ALTMAN & COMPANY, PC

By: _____
    Steven Altman (SA-5405)

260 Madison Avenue
22nd Floor
New York, New York 10016
(212) 683-7600

Attorneys for Plaintiff
   Praxi, LLC