Case 1:07-cv-09727-LTS    Document 5    Filed 11/27/2007    Page 1 of 1  SWAIN, S.

p.1

21 07 10:18a     Altman & Company           5463483367

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRAXI, LLC,

                     Plaintiff,

- against -

CAP CANA, S.A., DEUTSCHE BANK, A.G.,
AND DEUTSCHE BANK SECURITIES INC.,
                     Defendants.



Case Number
07 Civ 9727 (LTS)

STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that the time for Defendants Deutsche Bank A.G. and Deutsche Bank Securities, Inc. to answer or otherwise move against the First Amended Complaint is extended to and including January 7, 2008. This is the first request for an extension of time to respond to the First Amended Complaint made by Defendants Deutsche Bank A.G. and Deutsche Bank Securities, Inc. The original response date is November 29, 2007.

Dated:    New York, New York
           November 26, 2007

ALTMAN & COMPANY P.C.
Attorneys for Plaintiff

By:_____
Steven Altman
Eric P. Rosenberg
260 Madison Avenue, 22nd Floor
New York, New York 10016
(212) 683-7600

THACHER PROFFITT & WOOD LLP
Attorneys for Defendants Deutsche Bank
A.G. and Deutsche Bank Securities, Inc.

By:_____
Patrick J. Smith
Kenneth E. Lee
Jeffrey D. Rotenberg
Two World Financial Center
New York, New York 10281
(212) 912-7400

SO ORDERED:

_____  11/26/2007
U.S.D.J.