Swoin

FROM :ALTMAN                FAX NO. :5613644229            Dec. 18 2007 06:01PM P1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __DEC 2 0 2007__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRAXI, LLC,

                              Plaintiff,

              - against -

CAP CANA, S.A., DEUTSCHE BANK, A.G.,
AND DEUTSCHE BANK SECURITIES INC.,
                              Defendants.

Case Number
07 Civ 9727 (LTS)


STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the time for Defendants Deutsche Bank A.G. and Deutsche Bank Securities,

Inc. to answer or otherwise move against the First Amended Complaint is extended to

and including January 24, 2008. This is the second request for an extension of time to

respond to the First Amended Complaint made by Defendants Deutsche Bank A.G. and

Deutsche Bank Securities, Inc. The original response date was November 29, 2007 and

the first extension date was to and including January 7, 2008.

Dated:    New York, New York
          December 17, 2007

ALTMAN & COMPANY P.C.
Attorneys for Plaintiff

By:_____
    Steven Altman
    Eric Rosenberg
    260 Madison Avenue
    New York, New York 10016
    (717) 683-7600

THACHER PROFFITT & WOOD LLP
Attorneys for Defendants Deutsche Bank
A.G. and Deutsche Bank Securities, Inc.

By:_____
    Patrick J. Smith
    Kenneth E. Lee
    Jeffrey D. Rotenberg
    Two World Financial Center
    New York, New York 10281
    (212) 912-7400

SO ORDERED:

_____  12/20/2007
    U.S.D.J.