S̄ʷᵃⁱⁿ/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PRAXI, LLC,

              Plaintiff,

vs.

CAP CANA, S.A., DEUTSCHE BANK A.G. and
DEUTSCHE BANK SECURITIES, INC.

              Defendants.

------------------------------------------------------------x

Case No. 07 Civ. 9727 (LTS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
          JAN 2 3 2008
```

## STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties through their respective counsel, that the time for Cap Cana, S.A., Deutsche Bank A.G. and Deutsche Bank Securities, Inc. to answer or otherwise respond to the First Amended Complaint is extended to and including January 31, 2008. This is the first request for an extension of time to respond to the First Amended Complaint made by Defendants Cap Cana, S.A., and the third extension for Deutsche Bank A.G. and Deutsche Bank Securities, Inc.

Dated: January ___, 2008

SIMPSON THACHER & BARTLETT LLP

_____
Jonathan K. Youngwood
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: jyoungwood@stblaw.com

*Attorneys for Defendant Cap Cana, S.A.*

THACHER PROFFITT & WOOD LLP

_____
Jeffrey D. Rotenberg
2 World Financial Center
New York, NY 10281
Telephone: (212) 912-7400
Facsimile: (212) 912-7751
Email: jrotenberg@tpw.com

*Attorneys for Defendants Deutsche Bank A.G.
and Deutsche Bank Securities, Inc.*

ALTMAN & COMPANY P.C.

Steven Altman
260 Madison Avenue, 22nd Floor
New York, New York 10016
Telephone: (212) 683-7600
Facsimile: (212) 683-7655
Email: saltman@altmanco.net

*Attorneys for Plaintiff Praxi, LLC*

SO ORDERED.

Laura Taylor Swain, U.S.D.J.

Dated: January 22, 2008

2