UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
PRAXI, LLC,

                              Plaintiff,

                vs.                                    Case No. 07 Civ. 9727

CAP CANA, S.A., DEUTSCHE BANK A.G. and
DEUTSCHE BANK SECURITIES, INC.

                              Defendants.
-----------------------------------------------------------------x
```

**PLEASE TAKE NOTICE** that Jonathan K. Youngwood, a member of the law firm of

Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as

counsel for Defendant Cap Cana, S.A. in this action and request that all subsequent papers be

served upon him at the address indicated below.


Please add the following to the service list for this proceeding:

> Jonathan K. Youngwood, Esq. (jyoungwood@stblaw.com)
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, New York 10017-3954
> (212) 455-2000 (Telephone)
> (212) 455-2502 (Facsimile)

Dated: New York, New York
      January 25, 2008                SIMPSON THACHER & BARTLETT LLP


                                       By:  s/Jonathan K. Youngwood.


                                       Jonathan K. Youngwood
                                       425 Lexington Avenue
                                       New York, New York 10017-3954
                                       Telephone: (212) 455-2000
                                       Facsimile: (212) 455-2502


                                       *Attorney for Defendant*