**ALTMAN & COMPANY P.C.**
COUNSELORS AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10016

212-683-7600 · PHONE
212-683-7655 · FAX



January 29, 2008

**BY HAND**

Hon. Laura T. Swain
U.S. District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:  Praxi, LLC v. Cap Cana, S.A. et al.
     07 Civ. 9727 (LTS) (THK) (S.D.N.Y.)

Dear Judge Swain:

We represent the plaintiff in the above-captioned action. I write to seek adjournments of the dates for the initial pre-trial conference and for submission of the parties' initial pre-trial statement in that action. All counsel have agreed to the requested adjournments. This is the first request for an adjournment.

The initial pre-trial conference in this action is scheduled for February 8, 2008 at 2:30 p.m. The parties' initial pre-trial statement is therefore due February 1. The parties seek to adjourn those dates for approximately two months, to April 4 and March 28, 2008, respectively, or as soon thereafter as is convenient for the Court. The main reason for the requested adjournment is the delay we experienced in serving defendant Cap Cana, S.A. with process in the Dominican Republic.

*The conference is adjourned to April 4, 2008 at 2:45pm and the related deadlines are modified accordingly.*

Respectfully submitted,

Eric Rosenberg

cc:  Jonathan Youngwood, Esq.
     Jeffrey Rotenberg, Esq.

**SO ORDERED.**

1/29/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE