Swain, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PRAXI, LLC,

                 Plaintiff,

    vs.                                       Case No. 07 Civ. 9727

CAP CANA, S.A., DEUTSCHE BANK A.G. and
DEUTSCHE BANK SECURITIES, INC.

                 Defendants.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2008

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties through their respective counsel, that the time for Cap Cana, S.A., Deutsche Bank A.G. and Deutsche Bank Securities, Inc. to answer or otherwise respond to the First Amended Complaint is extended to and including February 7, 2008. This is the second request for an extension of time to respond to the First Amended Complaint made by Defendants Cap Cana, S.A. and the fourth extension for Deutsche Bank A.G. and Deutsche Bank Securities, Inc. (whose request for an extension is being made to coincide with the date for Cap Cana's response).

Dated: January 30, 2008

SIMPSON THACHER & BARTLETT LLP         THACHER PROFFITT & WOOD LLP

Jonathan K. Youngwood                             Jeffrey D. Rotenberg
425 Lexington Avenue                                 2 World Financial Center
New York, New York 10017                       New York, NY 10281
Telephone: (212) 455-2000                       Telephone: (212) 912-7400
Facsimile: (212) 455-2502                          Facsimile: (212) 912-7751
Email: jyoungwood@stblaw.com               Email: jrotenberg@tpw.com

*Attorneys for Defendant Cap Cana, S.A.*         *Attorneys for Defendants Deutsche Bank A.G and Deutsche Bank Securities, Inc.*

ALTSCHUL & COMPANY, PC

Steven Altschul
260 Madison Avenue, 22nd Floor
New York, New York 10016
Telephone: (212) 683-7600
Facsimile: (212) 683-7655
Email: saltschul@altschulpc.net

Attorneys for Plaintiff Pearl, LLC

SO ORDERED:

_____
Laura Taylor Swain, U.S.D.J.
Dated: February 1, 2008

2