UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRAXI, LLC,<br><br>                              Plaintiff,<br><br>          -against-<br><br>CAP CANA, S.A., DEUTSCHE BANK A.G.,<br>and DEUTSCHE BANK SECURITIES INC.,<br><br>                              Defendants. | **ECF Case**<br><br>Case No. 07 Civ. 9727 (LTS) |

### DEUTSCHE BANK A.G.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Deutsche Bank A.G. in the above-captioned action states that Deutsche Bank A.G. is a publicly traded corporation and does not have a parent corporation. No publicly held corporation owns 10% or more of Deutsche Bank A.G.'s stock.

Dated: New York, New York
        February 7, 2008

THACHER PROFFITT & WOOD LLP

By:    /s/ Patrick J. Smith
        Patrick J. Smith (psmith@tpw.com)
        Kenneth E. Lee (klee@tpw.com)
        Jeffrey D. Rotenberg (jrotenberg@tpw.com)

Two World Financial Center
New York, New York 10281
(212) 912-7400

*Attorneys for Defendants Deutsche Bank
A.G. and Deutsche Bank Securities Inc.*