UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRAXI, LLC,<br><br>                         Plaintiff,<br><br>-against-<br><br>CAP CANA, S.A., DEUTSCHE BANK A.G., and DEUTSCHE BANK SECURITIES INC.,<br><br>                       Defendants. | **ECF Case**<br><br>Case No. 07 Civ. 9727 (LTS) |

### DEUTSCHE BANK SECURITIES INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Deutsche Bank Securities Inc. in the above-captioned action states that Deutsche Bank Securities Inc. is a wholly-owned subsidiary of Deutsche Bank U.S. Financial Markets Holding Corporation, which in turn is a wholly-owned subsidiary of Taunus Corporation, which in turn is a wholly-owned subsidiary of Deutsche Bank A.G., a publicly traded corporation. No publicly held corporation owns 10% or more of Deutsche Bank A.G.'s stock.

Dated: New York, New York
        February 7, 2008

                                                        THACHER PROFFITT & WOOD LLP

                                                        By:    /s/ Patrick J. Smith
                                                                  Patrick J. Smith (psmith@tpw.com)
                                                                  Kenneth E. Lee (klee@tpw.com)
                                                                  Jeffrey D. Rotenberg (jrotenberg@tpw.com)

                                                        Two World Financial Center
                                                        New York, New York 10281
                                                        (212) 912-7400

                                                        *Attorneys for Defendants Deutsche Bank A.G. and Deutsche Bank Securities Inc.*