UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
PRAXI, LLC,

                Plaintiff,

      vs.                            Case No. 07 Civ. 9727 (LTS)

CAP CANA, S.A., DEUTSCHE BANK A.G. and
DEUTSCHE BANK SECURITIES, INC.,

                Defendants.
-----------------------------------------------------------------x

## CAP CANA, S.A.'S RULE 7.1 STATEMENT

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Cap Cana, S.A. in the above-captioned action states that Cap Cana, S.A. is a not a publicly traded corporation. Its majority shareholder is Miniari, S.A., which is not a public entity. No publicly held corporation owns 10% or more of Cap Cana, S.A.'s stock.

Dated: New York, New York
       February 7, 2008

                                        Respectfully submitted,

                                        SIMPSON THACHER & BARTLETT LLP

                                        By: /s/ Jonathan K. Youngwood_____
                                             Jonathan K. Youngwood
                                             Tamala T. Boyd
                                             425 Lexington Avenue
                                             New York, New York 10017-3954
                                             Telephone: (212) 455-2000
                                             Facsimile: (212) 455-2502

                                             *Attorneys for Defendant*
                                             CAP CANA, S.A.