UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
PRAXI, LLC,

                Plaintiff,

                vs.                Case No. 07 Civ. 9727 (LTS)

CAP CANA, S.A., DEUTSCHE BANK A.G. and
DEUTSCHE BANK SECURITIES, INC.,

                Defendants.
-----------------------------------------------------------------x

**NOTICE OF MOTION OF DEFENDANT CAP CANA, S.A. TO DISMISS
THE FIRST AMENDED COMPLAINT**

        PLEASE TAKE NOTICE, that upon the annexed declarations of George Spence, sworn to on February 6, 2008, and Luis Miguel Pereyra C., sworn to on February 7, 2008, along with the exhibits attached thereto, and the accompanying Memorandum of Law, a motion will be made by Defendant Cap Cana, S.A. ("Cap Cana"), before the Honorable Laura Taylor Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a date to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), to dismiss the First Amended Complaint ("Complaint") with prejudice for improper venue and failure to state a claim upon which relief can be granted.

        The undersigned certifies that Cap Cana has used its best efforts in attempting to resolve matters informally.  A letter was sent to Praxi outlining the reasons for this motion and requesting that the matter be voluntarily dismissed.  No response to the letter was received.  In

addition, the parties spoke over the phone in an attempt to reach a resolution.  The parties have

been unable to resolve their dispute.

Dated: New York, New York
       February 7, 2008

                                  Respectfully submitted,

                                  SIMPSON THACHER & BARTLETT LLP

                                By  s/Jonathan K. Youngwood
                                     Jonathan K. Youngwood
                                     Tamala T. Boyd
                                     425 Lexington Avenue
                                     New York, New York  10017-3954
                                     Telephone: (212) 455-2000
                                     Facsimile:  (212) 455-2502

                                     *Attorneys for Defendant*
                                     CAP CANA, S.A.

TO:

Steve Altman, Esq.
ALTMAN & COMPANY P.C.
260 Madison Avenue, 22nd Floor
New York, New York  10016
(212) 683-7600

*Attorneys for Plaintiff*

Patrick Smith, Esq.
THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York  10281
(212) 912-7400

*Attorneys for Defendants Deutsche Bank*
*A.G. and Deutsche Bank Securities Inc.*