# EXHIBIT 1



# CAP CANA
REPUBLICA DOMINICANA

## BASES RESUMIDAS LICITACION
## DESARROLLO DE LAS IGUANAS
## 10/04/2007

Privado & Confidencial

*Este documento es Privado y Confidencial. Queda prohibida su distribución sin previo consentimiento escrito por parte de Cap Cana, S.A.*

Abril 10 de 2007



- Indice
- Resumen Ejecutivo
- Descripción del negocio
- Precio de la Parcela y Forma de Pago
- Condiciones para la participación
- Plazo para Debida Diligencia
- Proceso y criterios de adjudicación
- Confidencialidad
- Legislación aplicable
- Servicio Escrow



2



## I. Resumen Ejecutivo

El presente documento constituye los términos de referencia generales para participar en el proceso de licitación que será llevado a cabo por Cap Cana, S. A. (en lo adelante "Cap Cana") para la venta de una porción de terreno de aproximadamente Doscientos Ochenta Mil Metros Cuadrados (280.000 m2) ubicada dentro del ámbito de la Parcela 367-B-43-REFUND.-7 dentro del proyecto turístico CAP CANA ubicado en Juanillo, Municipio de Higuey, Provincia la Altagracia, República Dominicana (en lo adelante la "Parcela"); a ser destinada al desarrollo de un proyecto inmobiliario de apartamentos para fines residenciales. Se prevé que la apertura del proceso de licitación y adjudicación de la oferta será pautada para el Lunes 21 de mayo del año 2007 (en lo adelante la "Fecha de Adjudicación").

El presente documento ha sido distribuido entre un número selecto y limitado de invitados a participar en el proceso de licitación (en lo adelante los "Participantes").

Para poder participar en esta licitación los interesados deberán realizar un depósito en garantía de Un Millón de Dólares de los Estados Unidos de América (US$ 1,000,000.00) en una cuenta escrow aperturada por Stewart Title Dominicana. Stewart Title Dominicana devolverá este depósito a los Participantes que no resultaren adjudicatarios de la licitación y Cap Cana lo aplicará al pago de la Parcela en caso de resultar adjudicatario algún Participante en el proceso de licitación.

**Identificación de la parcela objeto de venta - Apartamentos Las Iguanas.**





3



Situada dentro del Proyecto Turístico CAP CANA, en la intersección del Bulevar Central y el Bulevar de Acceso al área hotelera, ubicada dentro de la Parcela, situada al Sur del desarrollo Racquet Village, al Este de Green Village, linealmente detrás y al Norte del Village de Cap Cana, muy próxima a diversos desarrollos sumamente avanzados dentro del proyecto. Circundada por 5 de los 18 hoyos del segundo campo de golf bajo la marca Nicklaus Signature, cuyos trabajos de construcción están siendo asignados a una reconocida firma de ingenieros aprobada por Jack Nicklaus para tales fines.



Se ha previsto que el inicio de dicho campo de golf tenga lugar a más tardar en mayo del 2007 y que la duración de su construcción no insuma más de 18 meses. Es nuestra mejor estimación que dicho campo estará finalizado en el último trimestre del año 2008





4



En la actualidad, la Parcela se encuentra sometida a un proceso administrativo de subdivisión por ante las instituciones competentes de la República Dominicana para fines de individualizar dicha porción de terreno. Estimamos que el proceso de subdivisión, así como la expedición del certificado de título que resulte de dichos trabajos será concluido en un plazo de aproximadamente 60 días, contados a partir de la fecha de la presente propuesta; en el entendido de que el certificado de título a ser expedido estará individualizado con sus linderos debidamente identificados. En el eventual caso de que, al momento de firma del Contrato de Compraventa de la Parcela (en lo adelante el "Contrato de Compraventa"), Cap Cana no cuente con dicho título individualizado, suministrará una Garantía de Título emitida por Stewart Title Guaranty Company, dicha garantía cubrirá los riesgos descritos en el documento anexo denominado "Garantía de Título".









5



## II. Descripción del negocio

El proyecto contempla el desarrollo de un máximo de 1,100 habitaciones (Densidad de 39.3 habs/há) distribuidas en apartamentos. Los edificios de apartamentos podrán contar con un máximo de hasta 6 niveles. De igual forma, Cap Cana, en su calidad de desarrolladora del Proyecto CAP CANA, autorizará al Participante adjudicatario a destinar 250 habitaciones de las que conforman el desarrollo para fines de desarrollo hotelero.

Asimismo, el desarrollo contempla el establecimiento de un área comercial con una extensión superficial de hasta 1.000 m2, tanto la zona comercial como el hotel son componentes opcionales para aquellos interesados que deseen incluirlos en su desarrollo.

El Participante que resulte adjudicatario deberá realizar todos los planos y diseños de su desarrollo conforme los lineamientos establecidos en la Guía de Diseño Arquitectónico de Cap Cana, los cuales deberán ser presentados al Departamento de Arquitectura de Cap Cana para fines de aprobación. Asimismo, el Participante que resulte adjudicatario deberá presentar el plan de uso de las áreas comerciales a fin de que Cap Cana apruebe el tipo de comercio/negocio a ser instalado en dichos locales.

Los apartamentos a ser desarrollados podrán ser incluidos dentro los programas de rentas implementados y operados directamente por Cap Cana. A tales efectos, Cap Cana facilitará al oferente el detalle de dichos planes junto con el pliego de condiciones y sus anexos que le enviará inmediatamente éste haya realizado el pago del depósito de mantenimiento de oferta.

Es preciso destacar que la inclusión de las habitaciones de los apartamentos bajo los programas de renta de Cap Cana, le permite al adquiriente participar dentro del listado general de unidades en renta implementados y operados directamente por Cap Cana el cual será también publicado en la página web oficial de Cap Cana. Asimismo, las unidades incluidas en estos programas de renta participarán de todas las promociones de renta que Cap Cana realice directamente.

El Participante adjudicatario se podrá beneficiar de las exenciones impositivas otorgadas por la Ley 158-01, modificada por la Ley 184-02, sobre fomento al desarrollo turístico de los polos de escaso desarrollo y nuevos polos en provincias y localidades de gran potencialidad en la República Dominicana (tales como: exención de impuestos por transferencia inmobiliaria, impuestos de propiedad inmobiliaria, impuestos sobre la renta, etc) sujeto a las disposiciones establecidas en la referida legislación.

Por otra parte, Cap Cana no se hace responsable de la venta de las unidades de apartamentos al comprador final. El adjudicatario podrá, en caso de que logre un acuerdo conveniente para ambas partes, ofrecer sus unidades a través de la red de ventas de Cap Cana sin que esto signifique compromiso alguno de ventas por parte de la empresa. Para este fin el Participante que resulte adjudicatario deberá negociar con Cap Cana y firmar un Contrato de Servicios de Comercialización y Ventas con Cap Cana o una subsidiaria de la misma.

Para fines de comercialización y venta de las unidades de apartamentos, el adjudicatario podrá utilizar la marca CAP CANA en sus actividades de mercadeo conjuntamente con el nombre específico del proyecto, bajo el entendido de que tendrá derecho a este uso, única y exclusivamente en relación con la promoción y mercadeo de dichas unidades de apartamentos, siempre con la previa autorización por escrito de la Dirección del Departamento de Mercadeo de Cap Cana. El 30% del presupuesto de mercadeo anual del adjudicatario deberá ser ejecutado a través del departamento de mercadeo de Cap Cana por cuenta y orden del participante adjudicatario.

Los compradores finales de las unidades en este desarrollo serán considerados como miembros Resort del Proyecto CAP CANA y como tales deberán pagar el costo de la cuota anual así como la cuota de mantenimiento general del Proyecto. Los compradores finales tendrán derecho a adquirir cualquiera de las membresías ofertadas dentro del Proyecto CAP CANA (siempre y cuando haya disponibilidad de las mismas en el momento específico).



6



CAP CANA
REPUBLICA DOMINICANA

Tanto el desarrollador como el comprador final deberán cumplir con las disposiciones establecidas en la Declaración Maestra de Regulaciones de CAP CANA (en lo adelante "la Declaración Maestra de Cap Cana"); la Declaración Maestra de Regulaciones Hoteleras de CAP CANA (en lo adelante "la Declaración Maestra Hotelera de Cap Cana"); las Regulaciones Comerciales de CAP CANA (en lo adelante, "las Regulaciones Comerciales"); las Regulaciones de la Membresia del Club CAP CANA y sus modificaciones; asi como con cualesquiera otras regulaciones existentes o a crearse dentro del Proyecto CAP CANA. Todas estas regulaciones serán enviadas por Cap Cana al oferente junto con el pliego de condiciones y sus anexos que le enviará inmediatamente este haya realizado el pago del depósito de mantenimiento de oferta.

La Parcela será entregada al Participante que resulte adjudicatario con todas las instalaciones a pie de parcela (un mayor detalle de las especificaciones de dichas infraestructuras será adjuntado al pliego de condiciones y sus anexos que le enviará inmediatamente haya realizado el pago del depósito de mantenimiento de oferta).

El desarrollador adjudicatario deberá costear todas las obras de infraestructura internas de su parcela.







CAP CANA
REPUBLICA DOMINICANA

### III. Precio de la Parcela y Forma de Pago

El precio base para la licitación de la Parcela asciende a la suma de Setenta Millones de Dólares de los Estados Unidos de América (US$70,000,000.00) (en lo adelante el "Precio Base")

Sin que esto represente ningún tipo de compromiso ni garantía de retorno sobre inversión por parte de Cap Cana, se exponen a continuación los supuestos y flujos de fondos que constituyen las estimaciones de nuestros técnicos respecto al negocio que puede ser desarrollado sobre esta parcela.

| INGRESOS | |
|---|---|
| No. Inmuebles estimado | 440 |
| No. habitaciones | 1,100 |
| Promedio hab/inmueble | 2.5 |
| Superficie interior estimada ($m^2$) | 156 |
| Superficie Terraza estimada ($m^2$) | 53 |
| Precio de venta (US$/$m^2$) | 4,250 |
| Precio por apartamento | 775,625 |
| Ingresos Totales | 341,275,000 |



| COSTOS | |
|---|---|
| Superficie de construcción $m^2$ | 91,960 |
| Superficie de const. Total $m^2$ | 114,950 |
| Costo Const. Interior US$/$m^2$ | 850 |
| Costo Const. Terraza US$/$m^2$ | 450 |
| Costo Const. Áreas Comunes US$/$m^2$ | 650 |
| Costo Const. total US$ | 83,781,500 |
| % Ventas & mercadeo (sobre ventas brutas) | 13.5% |
| %Mercadeo (sobre ventas brutas) | 4.0% |
| % Comisión Ventas (sobre ventas brutas) | 9.5% |
| Costo ventas & mercadeo US$ | 46,072,125 |
| % G&A (sobre ventas brutas) | 2.0% |
| Costo G&A US$ | 6,825,500 |
| Costos totales | 136,679,125 |

Estos supuestos de ingresos y costos producen un flujo positivo de fondos de US$204.6 Millones de Dólares. Este flujo de fondos positivo estimamos se produciría en el correr de 36 meses y si aplicamos una tasa de descuento a dichos flujos del 25% anual, hemos calculado que se obtiene un Valor Presente del Negocio de US$ 136.3 Millones de Dólares.

El valor presente neto de las ofertas, calculado utilizando la tasa de descuento única del 6% anual para el caso de que se propongan pagos aplazados, deberá ser mayor a Setenta Millones de Dólares (US$70,000,000.00). En el caso de que el oferente plantee la utilización de pagos aplazados con aval bancario, Cap Cana asumirá hasta un costo máximo de descuento de dichos avales del 6% anual. En caso de que el costo de descuento del aval resulte mayor al 6% anual, el oferente adjudicatario deberá cubrir dicha diferencia.





La parcela será adjudicada de manera automática a la mejor oferta recibida cuyo valor presente neto supere este Valor de Adjudicación. En caso de que ninguna oferta alcance esta cifra, Cap Cana se reserva el derecho de adjudicar la parcela al mejor postor o declarar desierta la licitación.

La forma de pago puede variar de acuerdo al criterio de cada oferente siempre respetando ciertos parámetros mínimos exigidos por Cap Cana:

1. Un primer pago (Downpayment) equivalente a un mínimo de veinte por ciento (20%) del Precio Base a la firma del Contrato de Compraventa (en lo adelante Fecha de Cierre). El citado pago será transferido a la cuenta escrow aperturada en Stewart Title Dominicana para fines de la presente licitación, quien liberará dichos fondos a favor de Cap Cana al momento en que esta última presente la documentación que evidencia la existencia de un certificado de título individualizado de la Parcela, libre de cargas y gravámenes, y disponible para proceder con la transferencia de la Parcela a favor del Participante Adjudicatario, o en su defecto presente evidencia de la emisión a favor del Participante Adjudicatario de un "Commitment to Issue a Title Guaranty" emitido por Stewart Title Guaranty Company. Los gastos por dicho concepto serán incurridos por Cap Cana;

2. Un segundo pago equivalente a un mínimo de veinte por ciento (20%) del Precio Base dentro de los dieciocho (18) meses contados a partir de la Fecha de Cierre. Dicha suma deberá ser garantizada mediante aval bancario, pagadero a primer requerimiento, irrevocable, transferible, negociable y descontable, a ser entregado al momento de firma del Contrato de Compraventa. Los gastos de descuento de la garantía - en caso de que aplicaran - serán cubiertos por Cap Cana hasta un costo máximo del 6% anual. El banco avalista debe ser reconocido internacionalmente. Junto con la oferta, el participante deberá facilitar a Cap Cana una carta del banco donde conste su interés en avalar dicha operación; y, 

3. Un último pago correspondiente al remanente restante del Precio Base, dentro de los treinta y seis (36) meses contados a partir de la Fecha de Cierre. Dicha suma deberá ser garantizada mediante aval bancario, pagadero a primer requerimiento, irrevocable, transferible, negociable y descontable. Los gastos de descuento de la garantía - en caso de que aplicasen - serán cubiertos por Cap Cana hasta un costo máximo del 6% anual. El banco avalista debe ser reconocido internacionalmente. Junto con la oferta, el participante deberá facilitar a Cap Cana una carta del banco donde conste su interés en avalar dicha operación.

En caso de que los Participantes presenten ofertas utilizando los pagos diferidos, descritos en los numerales 2 y 3 más arriba, deberán emitir a más tardar el Miércoles 16 de mayo de 2007, una certificación del banco avalista donde se haga constar las siguientes especificaciones respecto a los avales a ser suministrados:

1. Calificación de riesgo de la institución avalista al momento de la carta; y nombre del calificador de riesgo que emite dicha emisión;

2. Una mención inequívoca al negocio que pretende avalar.

3. Información de contacto de una persona dentro del banco avalista que pueda abundar en información sobre esta transacción.



9



## IV. Condiciones para la participación

Los Participantes interesados en concursar en el proceso de licitación deberán remitir de vuelta la presente comunicación, debidamente firmada en señal de aceptación y aprobación de los términos y condiciones aquí establecidas a más tardar el día Viernes 20 de abril del año 2007. En este sentido, el Lunes 23 de Abril del año 2007 cada Participante recibirá una notificación de Cap Cana, mediante la cual se les informe el número de participantes que han manifestado su intención de concursar.

Adicionalmente, antes del Viernes 11 de mayo del año 2007 cada Participante deberá realizar un depósito en garantía ascendente a la suma de Un Millón de Dólares de los Estados Unidos de América (US$1,000,000.00) (en lo adelante el "Depósito de Garantía") a la cuenta escrow que se indica a continuación, aperturada por Stewart Title Dominicana, S. A. A partir de que el pago del Depósito de Garantía sea acreditado a la referida cuenta y el Acuerdo Escrow haya sido debidamente firmado, el Participante será considerado formalmente como un participante del presente proceso de licitación, a saber:

Bank Name:       Comerica Bank
Address:  2015 Manhattan Beach Blvd., Redondo Beach, CA 90278-1205, USA
Federal Routing Number: 111000753
Swift: MNBDUS33
Account Name: Stewart Title Dominicana, S.A.
Account Number: 1881066813
Reference: Licitación La Iguanas - Cap Cana

Una vez realizado el Depósito de Garantía, el Participante tendrá derecho a recibir formalmente el pliego de condiciones y sus anexos para el presente proceso de licitación a fin de que los Participantes puedan llevar a cabo la debida diligencia (due diligence).

Stewart Title Dominicana reembolsará, en un plazo máximo de diez (10) días laborables contados a partir de la Fecha de Adjudicación, el Depósito de Garantía en caso de que el Participante no resultase adjudicatario. Por el contrario, si el participante resultare adjudicatario dicho Depósito de Garantía se aplicará inmediatamente al precio del Contrato de Compraventa. Sin embargo, en el caso eventual de que el adjudicatario no realizare la compra de la Parcela dentro del plazo estipulado en el presente documento, la adjudicación de la Parcela objeto de la presente licitación a dicho participante, quedará rescindida de pleno derecho y carente de efecto jurídico entre las partes, sin necesidad de intervención judicial alguna, caso en el cual Cap Cana retendrá a título de compensación por daños y perjuicios sufridos, el Depósito de Garantía realizado por dicho participante.

En este sentido, el Participante autoriza, expresa e irrevocablemente, a Stewart Title Dominicana, S. A. a transferir en beneficio de Cap Cana, S. A. la suma correspondiente al Depósito de Garantía, en caso de que Cap Cana le notifique mediante documento por escrito a Stewart Title Dominicana, con copia al Participante Adjudicatario, informando el nombre del Participante que ha resultado adjudicatario de la licitación de la Parcela y solicitando el desembolso del Depósito en Garantía.



10



## V. Plazo para la Debida Diligencia

Una vez el Participante haya firmado y remitido de vuelta el presente documento conjuntamente con el Acuerdo Escrow y Acuerdo de Confidencialidad anexo debidamente firmado, y se haya recibido confirmación de la recepción del Depósito de Garantía en la cuenta escrow de Stewart Title Dominicana, Cap Cana le entregará el pliego de condiciones y sus anexos que servirá para la realización de la Debida Diligencia. Entre otras informaciones, el Participante recibirá el Contrato de Compraventa propuesto para la presente transacción. Este contrato podrá tener modificaciones introducidas por Cap Cana, las cuales serán automáticamente comunicadas a todos los Participantes. Estas modificaciones solamente podrán ser introducidas por Cap Cana hasta el Viernes 11 de mayo del año 2007, no obstante Cap Cana podrá tomar en consideración las sugerencias que los Participantes puedan aportar, siempre y cuando las mismas sean modificaciones de forma que ayuden a una mejor interpretación de las cláusulas establecidas en el contrato, sin que ello signifique de modo alguno un compromiso de modificación del contrato por parte de Cap Cana.

Hasta el domingo 20 de mayo del año 2007, los Participante tendrán derecho de revisar la información referente a la Parcela y a Cap Cana. Durante este plazo los Participantes tendrán acceso a concertar 7 citas, cada una de ellas con un representante de alto nivel de cada una de los siguientes departamentos de Cap Cana:

- Dirección Legal
- VP de Ventas y Mercadeo
- VP de Desarrollo
- VP de operaciones
- VP de Finanzas
- Dirección de Arquitectura
- Presidencia

Además, a tales efectos, cada una de las Direcciones y Vicepresidencias antes mencionadas designarán una persona de contacto destinada a atender las preguntas de los Participantes durante todo el período.



En este sentido, Cap Cana mantendrá acceso a la información corporativa necesaria para estos fines:

- Balances contables auditados;
- Prospecto de la emisión de bonos a través de Bear Stearns;
- Títulos de la parcela o en su defecto documentación presentada para subdivisión;
- Estatus de permisología de la Parcela y del proyecto Cap Cana siempre y cuando dicha permisología facilite los procesos de obtención de permisos al Participante que resulte adjudicatario de la Parcela;
- Sesiones de entrevistas con los principales ejecutivos de la firma;
- Regulaciones generales, comerciales, hoteleras y otras que rigen el desarrollo y operación del Proyecto Cap Cana;
- Cualquier otra documentación legal relevante para el proyecto a desarrollarse dentro de la Parcela.

Adicionalmente, Cap Cana se reserva el derecho de requerir cualquier documentación financiera y/o legal que sea útil y necesaria para evidenciar la capacidad crediticia del Participante adjudicatario y verificar que el mismo se encuentra debidamente incorporado y al día en sus obligaciones corporativas; siempre en cumplimento de las disposiciones establecidas en la Ley No. 72-02 sobre Lavado de Activos Provenientes del Tráfico Ilícito de Drogas, Sustancias Controladas y Otras Infracciones Graves, de fecha 7 de junio del 2002, así como cualquier otra legislación aplicable en la República Dominicana.





11



## VI) Proceso y criterios de adjudicación

### a) Proceso

Los Participantes deberán entregar sus propuestas económicas en un sobre sellado antes de las 12:00 horas del mediodía del Lunes 21 de mayo del 2007 en las oficinas de Cap Cana, ubicadas en el *Club de Playa del Proyecto Cap Cana, en la* localidad de Juanillo, Higüey, Provincia La Altagracia, República Dominicana; dichas propuestas deberán contemplar, de manera clara y concisa, el precio ofertado para la Parcela así como la forma de pago del precio.

No se aceptarán propuestas complementarias o modificaciones que fueran presentadas con posterioridad a la Fecha de Apertura. En este sentido, no se aceptarán propuestas recibidas por vía fax o Internet.

Todos los gastos incurridos en la preparación y presentación de las propuestas correrán a cuenta de cada uno de los Participantes.

A la 1:00, hora de la tarde del Lunes 21 de mayo de 2007, Cap Cana procederá a la apertura pública de los sobres contentivos de las diferentes propuestas, y a la evaluación de las ofertas mediante el cálculo del Valor Presente Neto (VPN) de los flujos de fondos ofrecidos por cada Participante. A los efectos de obtener el VPN de todas las ofertas se utilizará, para descontar los flujos, una tasa única del 6% anual.

En el eventual caso de que un Participante, luego de realizado el Depósito de Garantía, no presentare su propuesta dentro del plazo estipulado, se considerará que dicho Participante se ha retirado de la licitación, en tal virtud le será reembolsado el Depósito de Garantía dentro de los diez (10) días laborales contados a partir de la Fecha de Adjudicación.

A tales efectos, dentro de los dos (2) días subsiguientes a la Fecha de Apertura de la licitación Cap Cana notificará, mediante comunicación por escrito, a Stewart Title Dominicana los nombres de los Participantes que no resultaron adjudicatarios, a los fines de que esta última proceda con el reembolso del Depósito de Garantía en un plazo de siete (7) días laborables contados a partir de la recepción de dicha notificación por Stewart Title.



Se considerarán causas de exclusión, de manera enunciativa más no limitativa: (i) la entrega de la Propuesta y demás documentos requeridos fuera de los plazos estipulados; (ii) incumplimiento de algunas de las bases o condiciones establecidas en el presente documento; (iii) inexactitudes y aspectos incomprensibles en la propuesta.

### b) Criterio

Cap Cana adjudicará la compra de la Parcela a aquel Participante cuya propuesta ofrezca el mayor VPN, siempre y cuando éste supere el Valor de Adjudicación. En el eventual caso de que ninguna de las ofertas presentadas alcance la cifra antes especificada, Cap Cana se reserva el derecho de adjudicar la compra de la Parcela a la oferta que más se aproxime al Valor de Adjudicación o declarar desierta la licitación.

Una vez adjudicada la compra de la Parcela, el Participante adjudicatario deberá proceder a firmar el Contrato de Compraventa definitivo, en un plazo no mayor a treinta (30) días laborables contados a partir de la Fecha de Apertura. En el eventual caso de que el Participante adjudicatario no firme dicho contrato en el plazo establecido, entonces el segundo mejor Participante tendrá derecho a sustituirlo, siempre y cuando su oferta califique de acuerdo a los criterios mencionados en el párrafo anterior, en un plazo no mayor a diez (10) días laborables contados a partir de la fecha en que Cap Cana le notifique la sustitución del Participante adjudicatario, y así sucesivamente con el 3er oferente en caso de que el 2do oferente no firme el contrato en el plazo estipulado siempre y cuando califique de acuerdo a los criterios de imputación antes mencionados.

12



En este caso el Depósito de Garantía desembolsado por el primer Participante adjudicatario no será reintegrado (igual tratamiento se le dará al el depósito de todos aquellos participantes que resultando adjudicatarios no firmen el contrato en el plazo establecido.

Si al momento de que el próximo mejor ofertante reciba la notificación de Cap Cana informando que el adjudicatario no cumplió con los términos de la licitación, y se le haya reintegrado el Depósito en Garantía, el nuevo adjudicatario deberá depositar nuevamente el US$1,000,000 en la cuenta aperturada en Stewart Title Dominicana dentro de un plazo no mayor a dos (2) días a partir de la fecha de notificación por Cap Cana).

Cap Cana se reserva el derecho de extender, a su propia discreción, todos los plazos aquí establecidos hasta un máximo de 30 días adicionales.

## VII. Confidencialidad

Cap Cana, S. A. y los Participantes se comprometen a preservar la confidencialidad de la operación contemplada en la presente licitación incluyendo los términos y condiciones de la transacción, el contenido del contrato que deba ser firmado por los mismos, y toda Información Confidencial. Se entenderá por Información Confidencial: (i) El contenido de este documento; (ii) cualquier información de naturaleza confidencial relativa a los negocios o la identidad de los Participantes, sus afiliadas o compañías relacionadas, el Proyecto objeto del presente y el Proyecto Turístico Cap Cana, que no haya sido; (iii) revelada antes de la firma del presente documento. En este sentido, ninguna de las Partes podrá revelar Información Confidencial, a menos que dicha información sea requerida por una autoridad pública en cumplimiento de la ley, caso en el cual la información podrá ser revelada previa notificación a la otra parte de dicho requerimiento. No obstante lo anterior, queda acordado tanto los participantes como Cap Cana, S. A. podrán revelar la Información Confidencial a sus abogados, consultores, asesores financieros, inversionistas y prestamistas bajo la salvedad de que dicha información es confidencial y los mismos se comprometen a conservar la confidencialidad de dicha información. Queda entendido y aceptado que la presente obligación de confidencialidad se mantendrá en efecto aún cuando las demás disposiciones del presente documento cesasen.

## VIII. Legislación aplicable

Queda expresamente entendido que en caso de conflicto o interpretación de los términos y regulaciones del presente documento, los mismos se regirán por las leyes y tribunales de la República Dominicana. Todos los documentos a ser suscritos como resultado del presente documento, serán regidos por las leyes de la República Dominicana.



CAPCANA

## IX. Servicio Escrow.

Stewart Title Dominicana, S.A., brindará los Servicio de Agente en Plica o de Agente Escrow, para el manejo de los fondos relacionados al depósito en garantía para que los invitados puedan participar en el proceso de licitación de la venta de la Parcela dentro del proyecto Cap Cana, sujeto a los términos y condiciones establecidos en el Acuerdo de Servicio Escrow a ser suscrito entre Los Participantes, Cap Cana y Stewart Title Dominicana, S.A.

Naturaleza de los Servicios Escrow. En cuanto a los servicios de Agente Escrow, Stewart Title Dominicana, S.A. operará como simple depositaria de fondos todos relacionados al proceso de licitación de la Parcela llevada a cabo entre Cap Cana y los Participantes, los cuales serán recibidos bajo un Acuerdo de Agente en Plica o Escrow, que para tales efectos será firmado por separado entre el Los Participantes, Cap Cana y Stewart Title Dominicana, S. A.. Los fondos únicamente podrán ser liberados, entregados o devueltos a la parte que corresponda, de conformidad con el referido contrato suscrito a los efectos y único que establecerá, en cada caso, las obligaciones y facultades de Stewart Title Dominicana, S.A.

Limitaciones a la Responsabilidad. Los servicios de Stewart Title Dominicana, S.A. se ofrecen con el propósito de facilitar el proceso de cierre en las transacciones de bienes raíces. La gestión de Stewart Title Dominicana, S.A. no equivale a un fideicomiso, ni implica relación fiduciaria o de abogado-cliente entre Cap Cana y Los Participantes. Las obligaciones de Stewart Title Dominicana, S.A. están limitadas a lo establecido en el Acuerdo de Servicios Escrow. En consecuencia, no será responsable y estará exenta de responsabilidades sobre la fiel ejecución del proyecto Cap Cana y de las obligaciones de Cap Cana frente a Los Participantes en la licitación de la Parcela. Stewart Title Dominicana, S.A. no será responsable a menos que incurra en errores, omisiones o negligencia en el cumplimiento de sus obligaciones. Asimismo, no será responsable o estará vinculada, bajo ninguna condición, sobre la legitimidad, validez, certeza, precisión o legalidad de los fondos y documentos que le fueren entregados en custodia por parte de Los Participantes o sus agentes representantes.

Mediante la firma del presente documento, el abajo suscrito, declara conocer y aceptar los términos de la licitación del producto inmobiliario Las Iguanas dentro del Proyecto CAP CANA; que se describe en el presente documento de Bases de Licitación, y acepta la invitación recibida por CAP CANA para participar en dicho proceso:

Nombre: CASTO DARIO ARIAS ALMONTE         MILAGROS ALTAGRACIA ARIAS ALMONTE

Firma: _____

Pasaporte o Cédula de Identidad No.: 001-0075658-4      001-0145711-7

Fecha: 31 de mayo del 2007

[FAVOR DEVOLVER ESTA PÁGINA DEBIDAMENTE FIRMADA Y COMPLETADA AL
FAX NO. +1 809 6886313 ATENCION: Sr. Juan Vidiella - Licitación Las Iguanas

14