## DECLARATION OF SERVICE

Eric Rosenberg hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney licensed to practice law in the State of New York. I am not a party to this action, am over 18 years of age, and reside in the City and State of New York. On November 9, 2007, I served copies of a summons addressed to Deutsche Bank A.G. and Praxi, LLC's first amended complaint by professional courier service on Deutsche Bank A.G.'s legal department at 60 Wall Street, New York, New York 10005 in accordance with the instructions of "Yvonne" from that department and her representation that Deutsche Bank A.G. would accept service by that means. A copy of my transmittal letter is annexed hereto. Thereafter Jeffrey Rotenberg, counsel for Deutsche Bank A.G., communicated with me, did not contest service of process, and subsequently filed a motion to dismiss the complaint.

Dated: February 20, 2008

_____
ERIC ROSENBERG

## ALTMAN & COMPANY P.C.
### COUNSELORS AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10016

212-683-7600 - PHONE
212-683-7655 - FAX

November 9, 2007

BY HAND

Legal Department
Deutsche Bank, A.G.
60 Wall Street
New York, New York 10005

Re: Praxi, LLC v. Cap Cana, S.A. et al.
    07 Civ. 9727 (LTS)

Dear Sir/Madam:

    Enclosed herewith is the first amended complaint and a summons addressed to Deutsche Bank, A.G. in the above-captioned action. I send it to you by courier upon the representation of "Yvonne" in your legal department that Deutsche Bank, A.G. will accept service of it by that means. Please tell me immediately if that is not the case.

Very truly yours,

Eric Rosenberg