**HE NOTIFICADO** en cabeza del presente acto y con la persona que dije haber hablado en el lugar de mi traslado, copia de los documentos y la demanda impetrada por **PRAXI LLC**, en contra de **CAP CANA, S.A.**, formulada ante el Tribunal de Distrito de los Estados Unidos, Distrito Del Sur de Nueva York, el cual se encuentra registrado en esa corte como el **Caso No. 07-Civ. 9727 (LTS)**, documentos que detallamos de inmediato: **1.)** Certificate of accuracy, legalizado por la Notary Public, State of New York, MARIA DAGOSTINO. **2).-** Declaración Conforme a LA REGLA 7.1 de fecha 2 de noviembre del 2007, firmada por ALTMAN & COMPANY P.C. **3)** Estipulación y Órden ordenada por la Jueza del Distrito de EE.UU, en fecha 20 de noviembre del 2007, **4)** Orden de Conferencia Inicial, dictada por la Jueza de Distrito LAURA TAYLOR SWAIN, de fecha 13 de noviembre del 2007, **5)** Practicas Individuales de la Jueza LAURA TAYLOR SWAIN, **6)** Emplazamiento en una Acción Civil de fecha 2 de noviembre de 2007, dictado por el Secretario J. MICHAEL McMAHON y Marcos Quintero, SUBSECRETARIO. Todos los documentos referidos anteriormente están en Ingles y también traducidos al idioma español.

Y para que **CAP CANA, S.A.**, no pretenda alegar ignorancia, así se lo he notificado con la persona que dije haber hablado en el lugar de mi traslado, acto que consta de dos (2) fojas, más treinta y seis (36) fojas contentivas de los documentos del caso No. 07 Civ. 9727 (LTS), las cuales están selladas, firmadas y rubricadas por mi Alguacil que Certifico y Doy Fe.

Costo RD$ 2,000







*99*

## ACTO DE NOTIFICACION DE DOCUMENTOS SERVIDOS A CAP CANA, S.A., EN LA REPUBLICA DOMINICANA, DEMANDA FORMULADA POR PRAXI LLC, EN EL TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS, DISTRITO SUR DE NUEVA YORK.

Acto Numero 01/2008 En la ciudad de Santo Domingo De Guzmán, Distrito Nacional, Capital de la Republica Dominicana, a los cuatro (04) días del mes de Enero del año Dos Mil Ocho (2008), **ACTUANO A REQUERIMIENTO** de la Razón Social **PRAXI LLC**, compañía de responsabilidad limitada formada y en existencia de acuerdo a las leyes del Estado de Delaware, con domicilio principal en la ciudad, el condado y el Estado de Nueva York, representada por los abogados de las oficinas **ALTMAN & COMPANY P.C.**, la cual esta ubicada el la 260 Madison Avenue, 22nd Floor New York, New York 10016 (212) 683-7600, quienes hacen elección de domicilio para todos los fines y consecuencias legales del presente acto, en la Ave. Venezuela No. 7, Esquina Club Rotario, 2do. Piso, Apartamento 2-A, Ensanche Ozama, Santo Domingo Este lugar donde esta ubicado el Buffet de Abogados **MONTAS, SANTOS & ASOCS.**, con sus teléfonos Nos. (809) 598-2932 y 595-9288.--

**Yo PABLO OGANDO ALCANTARA**, dominicano, mayor de edad, soltero, portador de la cedula de identidad y electoral No. 001-1300029-3 Alguacil Ordinario del Segundo Tribunal Colegiado del Juzgado de Primera Instancia del Distrito Nacional, domiciliado y residente en la Calle José del Carmen Heredia No. 03, Santa Cruz de Villa Mella recibido y juramentado para todos los actos de mi ministerio.------

**EXPRESAMENTE**, y en virtud del anterior requerimiento, siempre actuando dentro de los límites de mi jurisdicción, me he trasladado a la Calle Alberto Larancuen, No. 08, Ensanche Naco, Distrito Nacional, que es el lugar donde esta ubicado el domicilio principal de la Razón Social **CAP CANA, S.A.**, y una vez allí, hablando personalmente con _Emeli Reyes_ quien me dijo ser _Empleada_ de nuestra requerida **CAP CANA, S.A.**, persona con calidad para recibir actos de esta naturaleza, según mi conocimiento, **LE**

PUBLICO INFRASCRITO: DADO en Santo Domingo de Guzmán, Republica Dominicana, a los 04 días del mes de Enero del año 2008.

Sr. PABLO OGANDO ALCANTARA
Compareciente

YO LICDA. ROSA MAGALIS RAMIREZ, Abogado Notario Publico de los del Numero para el Distrito Nacional, Matricula No. 3664 del Colegio de Notarios de la Republica Dominicana, **CERTIFICO Y DOY FE**, que la firma colocada sobre el nombre del **Sr. PABLO OGANDO ALCANTARA**, es la utilizada por este en todos sus actos, tanto publico como privado, por lo que merece entera fe y crédito. En la ciudad de Santo Domingo de Guzmán, Republica Dominicana, a los 04 días del mes de Enero del año 2008.

LIC. ROSA MAGALIS RAMIREZ
Abogado Notario Público



República Dominicana
Procuraduría General de la República
Certificamos que la persona que firma este documento aparece en nuestro registro de funcionarios con facultad para tales fines, cuya firma es semejante a la depositada en nuestro archivo.
Cancelados sellos y recibos correspondientes

PROCURADURIA GENERAL DE LA REPUBLICA
Licda. Jennette Altagracia Beato
Abogado Sección Registro Control de Firmas