

the language lab
& translation company of america

# CERTIFICATE OF ACCURACY

This is to certify that the attached documents:

1) Statement certified by the Court Officer

2) Instrument of Notification of Documents Served on CAP CANA, S.A. In the Dominican Republic, A Complaint Brought by PRAXI LLC, in the U.S. District Court, Southern District of New York

3) Sworn Statement of Pablo Ogando Alcantara

have been translated from Spanish into English by staff members of THE LANGUAGE LAB familiar with both the Spanish and English languages, and are to the best of our knowledge, ability and belief true and accurate translations.

*[signature]*

For THE LANGUAGE LAB

Sworn to and subscribed before me
this 6th day of February, 2008

NOTARY: *[signature]*

MARIA C. DAGOSTINO
Notary Public, State of New York
No. 01DA5047105
Qualified in Kings County
Commission Expires July 24, 2009

the language lab
Ph: 212-697-2020 • Fax: 212-697-2891
email: info@thelanguagelab.com

tca • translation company of america, inc.
Ph: 212-563-7054 • Fax: 212-695-2385
email: info@tcany.com

At the head of this instrument, **I INFORMED** my interlocutory at the place where I went of copies of the documents and the complaint of **PRAXI LLC** against **CAP CANA, S. A.**, filed with the US Southern District Court of New York, registered at the said court as <u>**Case No. 07 – Civ. 9727 (LTS)**</u>, which documents are itemized as follows: 1) Certificate of accuracy, certified by Notary Public, State of New York, MARIA DAGOSTINO. 2) Statement pursuant to REGULATION 7.1 of November 2, 2007, signed by ALTMAN & COMPANY P. C. 3) Stipulation and Order issued by the U. S. District Judge, dated November 20, 2007, 4) Order of Initial Conference, issued by District Judge LAURA TAYLOR SWAIN on November 13, 2007, 5) Individual Actions of Judge LAURA TAYLOR SWAIN, 6) Summons under a Civil Action, issued by Secretary J. MICHAEL McMAHON and Marcos Quintero, UNDERSECRETARY. All of the above documents are in English and also translated into Spanish.

And in order that **CAP CANA, S. A.** may not plead ignorance, I so notified the person to whom I said I spoke at my destination, by an instrument consisting of two (2) folios, plus thirty-six (36) consecutive pages containing the documents regarding case No. 07 Civ. 9727 (LTS), which pages are stamped, signed and initialed by my Court Officer, as I certify and testify.

Fee: RD$ 2,000

/CAP CANA stamp and signature/                    /Court Officer stamp/
                                                              I CERTIFY:
                                                              /illegible signature/
                                                              THE COURT OFFICER

/reverse/