

ALTMAN & COMPANY P.C.
COUNSELORS AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10016

212-683-7600 · PHONE
212-683-7655 · FAX

February 22, 2008

**BY HAND**

Hon. Laura Taylor Swain
U.S. District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Praxi, LLC v. Cap Cana, S.A. et al.
    07 Civ. 9727 (LTS) (THK) (S.D.N.Y.)

Dear Judge Swain:

We represent plaintiff Praxi, LLC in the above-captioned action. I write to seek an adjournment of the parties' times to serve opposition and reply papers relating to the defendants' two motions to dismiss the complaint. All counsel have agreed to the requested adjournments. This is the first request for adjournments of those deadlines.

Plaintiff's papers in opposition to the defendants' motions are presently due today or Monday. Defendants' reply papers are therefore due on February 29 or March 3. The parties request that those dates be adjourned to March 3 for the opposition papers and March 13 for the reply papers. The reason for the request is that the defendants' motions are substantive, their papers substantial, and plaintiff's papers also promise to be substantial. I should add that only two attorneys work at our firm, both have other pressing obligations, and one of them was required to spend the last week in Florida on other business.

*The request is granted.*
*SO ORDERED.*
                                            2/25/2008
                                            LAURA TAYLOR SWAIN, U.S.D.J.

Respectfully submitted,

Eric Rosenberg

cc: Jonathan Youngwood, Esq.
    Jeffrey Rotenberg, Esq.
    (by facsimile)