**EXHIBIT D**

Case 1:07-cv-09727-LTS    Document 26-3    Filed 03/03/2008    Page 2 of 3



A SPECIAL ADVERTISING SUPPLEMENT TO THE NEW YORK TIMES, DECEMBER 2007

# The New York Times
# HOMES

IN THIS ISSUE:

## Sports Sanctuaries
See page 40

**GREAT PLACES TO LIVE:**
## South Florida & the Caribbean
See page 46

**Stunning SoHo Penthouse**
**Wooster Street**
Prudential Douglas Elliman Real Estate
Raphael DeNiro
The DeNiro Group
(212) 460-0655
Web# 895322 at www.prudentialelliman.com

MANHATTAN CO-OPS & CONDOS    WEEKEND & VACATION PROPERTIES

ADVERTISEMENT



## CAP CANA
PUNTA CANA,
DOMINICAN REPUBLIC

Only 10 minutes from the Punta Cana International Airport, Cap Cana is the new Dominican paradise, with a total of 30,000 acres, including 3.4 miles of virgin beaches. The project is to be developed over a span of 12 to 15 years. One residential option, Green Village, was recently recognized as being among the 10 best options for real estate investment around the world by Travel & Leisure magazine. The beachfront Punta Espada course, the first of three at Cap Cana, under the signature and design of Jack Nicklaus, will be the site of a new Champions Tour event with the 2008 PGA Tour. The marina at Cap Cana, designed to be the most important full-service facility in the Caribbean, will have a capacity of 1,000 slips accommodating 150-foot yachts.



43