**<u>EXHIBIT E</u>**



CAP CANA

**Deutsche Bank**

## MORTGAGE IT TO PROVIDE $500 MILLION IN RESIDENTIAL MORTGAGE FINANCING

MortgageIT, Inc., a subsidiary of Deutsche Bank, today announced that it has agreed to make available $500 million in residential mortgage financing to qualified purchasers of properties within Cap Cana, a luxury real estate and tourism destination located on the eastern shore of the Dominican Republic.

"This is a landmark transaction which will allow consumers to access long-term mortgage financing in the Dominican Republic for the first time," said Doug Naidus, Managing Director and Americas Head of Residential Mortgage Origination at Deutsche Bank. "We are extremely enthusiastic about bringing this kind of liquidity to the Latin American and Caribbean market."

"MortgageIT's commitment to the project underscores the appeal of Cap Cana to sophisticated investors," said Dr. Ricardo Hazoury, President of the Board of Cap Cana. "We are confident that this financing program will accelerate and increase our overall sales effort."

MortgageIT, Inc., a subsidiary of Deutsche Bank, is a New York City-headquartered residential mortgage banking company. Originally founded in 1988, MortgageIT originates residential mortgage loans of all types and is one of the largest residential mortgage companies in the US. MortgageIT continues to expand its product offering to qualified purchasers of residential properties at select luxury resorts across the Caribbean and Latin America. This expansion primarily involves making available permanent and construction-to-permanent financing to eligible borrowers who are citizens and residents of the United States, Canada and the United Kingdom, and considering applicants from other European countries.