**DECLARATION OF SERVICE**

Eric Rosenberg hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney licensed to practice law in the State of New York. I am not a party to this action, am over 18 years of age, and reside in the City and State of New York. On this day, March 3, 2008, I served copies of the attached memorandum of law and accompanying declarations of Eric Rosenberg and Darien Dash with exhibits by causing them to be filed electronically and by sending them to the following counsel by hand (professional courier):

Jeffrey Rotenberg, Esq.
Thacher Proffitt & Wood LLP
2 World Financial Center
New York, New York 10281

Jonathan Youngwood, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, New York 10017

_____
ERIC ROSENBERG