```
USDC SDNY
DOCUMENT
ELECTRONICA[LLY FILED]
DOC #: _____
DATE FILED: MAR 1 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRAXI, LLC,

                     Plaintiff,

- against -

CAP CANA, S.A., DEUTSCHE BANK, A.G.,
AND DEUTSCHE BANK SECURITIES INC.,
                     Defendants.

Case Number
07 Civ 9727 (LTS)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Cap Cana, S.A., Deutsche Bank A.G. and Deutsche Bank Securities Inc. to file and serve their Reply papers in connection with their motions to dismiss Plaintiff's First Amended Complaint is extended to and including March 20, 2008. The date for Defendants' Reply was previously extended attendant to the adjournment of Plaintiff's time to serve papers in opposition to the Defendants' motions to dismiss. The original response date was March 3, 2008 and the first extension date was to and including March 13, 2008.

Dated:   New York, New York
           March 10, 2007

| ALTMAN & COMPANY P.C. | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant Cap Cana, S.A. |
| By: _____ | By: _____ |
| Steven Altman | Jonathan K. Youngwood |
| Eric Rosenberg | Tamala T. Boyd |
| 195 Broadway | 425 Lexington Avenue |
| New York, New York 10007-3189 | New York, New York 10007-3954 |
| (212) 683-7600 | (212) 455-2000 |

THACHER PROFFITT & WOOD LLP
Attorneys for Defendants Deutsche Bank
A.G. and Deutsche Bank Securities Inc.

By: _____
Patrick J. Smith
Kenneth E. Lee
Jeffrey D. Rotenberg
Two World Financial Center
New York, New York 10281
(212) 912-7400

SO ORDERED:

_____ 3/12/08
U.S.D.J.

2