UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PRAXI, LLC,

        Plaintiff,

-v-                                            No. 07 Civ. 9727 (LTS)(THK)

CAP CANA, S.A. and
DEUTSCHE BANK A.G.,

        Defendants.

-------------------------------------------------------x



### ORDER

    For the reasons stated on the record at the May 30, 2008, initial pre-trial conference, Defendants' motions to dismiss Plaintiff's Amended Complaint are denied, except that Defendant Deutsche Bank's motion is granted as to the tortious interference claims <u>only</u>. Plaintiff shall have leave to replead its tortious interference claims in a Second Amended Complaint, which shall be filed and served, with a courtesy copy provided for Chambers, no later than **June 13, 2008**.

    The Clerk of Court is respectfully requested to terminate Docket Entries Nos. 13 and 17.

    SO ORDERED.

Dated:    New York, New York
             May 30, 2008

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge