John R. Menz (JM-9701)
Patrick D. Bonner, Jr. (PB-4730)
MENZ BONNER & KOMAR LLP
Two Grand Central Tower
140 East 45th Street, 20th Floor
New York, NY 10017
Tel: (212) 223-2100
Fax: (212) 223-2185

*Attorneys for Defendant Cap Cana, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

PRAXI, LLC,                                                    07 Civ. 9727 (LTS)

           Plaintiff,

CAP CANA, S.A., DEUTSCHE BANK A.G.,
and DEUTSCHE BANK SECURITIES, INC.

           Defendants.
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the law firm of Menz Bonner & Komar LLP will appear in the above-referenced action as co-counsel to defendant Cap Cana, S.A.

All parties are directed to serve any papers, documents and other things on undersigned counsel in addition to all other parties hereto.

Dated: New York, New York
       August 25, 2008

                                     MENZ BONNER & KOMAR LLP

                                     By: _____
                                        John R. Menz (JM-9701)
                                        Patrick D. Bonner, Jr. (PB-4730)

                                     Two Grand Central Tower
                                     140 East 45th Street, 29th Floor
                                     New York, New York 10017
                                     Telephone: (212) 223-2100
                                     Facsimile: (212) 223-2185
                                     *Attorneys for Defendant Cap Cana, S.A.*